IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAMELA REYES, on behalf of herself and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>TOPGOLF INTERNATIONAL, INC., and TOPGOLF USA SPRING HOLDINGS, LLC,<br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:17-CV-0883-S |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants' Partial Motion to Dismiss Plaintiff's First Amended Complaint with Supporting Brief*, filed February 20, 2018 (doc. 49) is **GRANTED IN PART and DENIED IN PART.** Accordingly, the plaintiff's claim under § 206 of the FLSA for based upon the miscalculation of overtime wages is **DISMISSED with prejudice.** The motion is otherwise **DENIED**, and all other claims remain pending.

SIGNED this 21ˢᵗ day of August , 2018.

_____
UNITED STATES DISTRICT JUDGE