IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAMELA REYES, on behalf of herself and on behalf of all others similarly situated, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 3:17-cv-0883-S-BH |
| TOPGOLF INTERNATIONAL, INC. and TOPGOLF USA SPRING HOLDINGS, LLC, | | |
| Defendants. | | |

## AGREED FINAL JUDGMENT

Before the Court is the parties' Joint Motion to Approve Settlement of Claims Under the Fair Labor Standards Act and to Enter Agreed Final Judgment ("Joint Motion").

The Court has this day entered an Order granting the parties' Joint Motion to Approve Settlement of Claims Under the Fair Labor Standards Act. Pursuant to that Order, the Court enters the following Final Judgment:

This Judgment pertains to the named Plaintiff and the Opt-in Plaintiffs listed below:

Barnwell, China

Barrie, Kamara

Batiste, Sydney

Black, Amanda

Carroll, Amanda

Cleary, Sandra

Cormier, Xian

Craven, Devan

Davis, Ashley

Davis, Brooke

Davis, Megan

Feher, Thomas

George, Derrick

Goodley, Jazmine

Goodman, DeZha

Gordon, Takeisha

Guerra, Alejandro

Hill, Candace

Jackson, Andeavor

Jenkins, Te'Erria

Keller, Michael

Manevich, Roman

Mashue, Dejah

McCormick, Joseph

McDaniel, William

Mills, Hanna

Nikitenko, Victor

Parker, Gracie

Pruitt, Kira

Roberts, Justin

Scott, Saria

Slayton, Wendi

Taylor, Julien

Terry, Julian

Thomas, Tyraa

Wahli, Kristen

White, Jennifer

It is ORDERED, ADJUDGED and DECREED that the causes of action that were asserted or could have been asserted under the Fair Labor Standards Act by named Plaintiff and opt-in Plaintiffs are hereby DISMISSED WITH PREJUDICE to their rights, individually and/or collectively, to refile the same or any part thereof.

It is further ORDERED, ADJUDGED and DECREED that all costs and attorney's fees shall be awarded and allocated only as provided in the parties' settlement agreement.

IT IS SO ORDERED.

DATED this 18th day of July, 2019.

*[signature]*

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE